IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 99.64.57.109

**ISP:** AT&T Internet Services
**Physical Location:** Spring, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/01/2019 23:23:03 | D17228AC53647DE342C66B0B7E83C1BC0B175FB0 | Dolled Up For Hot Lesbian Sex |
| 01/01/2019 23:03:15 | 77BD97CB46F8E6B0B9869A8B39F0ECC75CF84573 | Love In Prague |
| 01/01/2019 22:41:00 | AFB45360C3A3887DCFCF38289F4525EAD9CD3661 | Hot Blooded |
| 01/01/2019 22:25:50 | 61353633599548A24826E8CDEA513AF8C3D993EE | Stunning Blondes 21st Birthday Sex Celebration |
| 11/09/2018 04:54:08 | ABAF93A6E2F868765C236D60E7770E16CBABF40E | Five Reasons to Love Sex with Blondes |
| 11/09/2018 04:53:59 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 11/09/2018 04:51:10 | 64543C72681411D76A22BA9D85DE003071FF53ED | Lingerie Birthday Surprise |
| 11/09/2018 04:39:34 | C7CC6CE156BC4D5F75D71729ACBAFE966D1E9703 | The Morning After |
| 11/09/2018 04:19:36 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 11/05/2018 05:27:40 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 11/05/2018 05:25:31 | FFFEFE047007A635047F95A3615FA3138839FB57 | Lesbian Pillow Fight Fantasy |
| 11/05/2018 05:24:01 | 8B13C0643AF97C46E7B33AB5FDB77B04E2E5F117 | Sex With Gymnasts |
| 11/05/2018 05:17:42 | F8D11A4D5C5BB3A07DCBB5E150E9E040DFF6E319 | Moving Day Sex |
| 11/05/2018 04:43:24 | D5CC0A00B30130506721A3F1DF307A3D94FD549D | Purely Perfect Pink |
| 11/05/2018 04:03:11 | C1185F1C2B8B4A03128C0C2159808646C4477926 | A Long Time Cumming |
| 11/05/2018 03:41:58 | 7B12F64D5C9267691D14DDAB2E0836AAC434F356 | Ticket To Bliss |
| 11/05/2018 03:12:48 | 270330701EEC1161D7229136BB938DA1D8ABDF55 | 18 Year Old Models First Time Threesome |
| 03/17/2018 05:37:41 | B0BDE8708FC36E831E1D82EE32A0D92D8C45BC23 | Your Luckiest Night |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

STX242